# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.          Case No. 4:22-cr-00070 KGB

CARLOS BROWNING            DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on October 21, 2024, is hereby amended (Dkt. No. 49) to reflect that, for the reasons stated in open court, defendant Carlos Browning is adjudicated guilty of felon in possession of a firearm, a Class C felony, in violation of 18 U.S.C. § 922(g)(1) only.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 49) remain in full force and effect.

It is so ordered this 30th day of October 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge